IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MACK HACKETT, #76930**                                                                                   **PLAINTIFF**

**VERSUS**                                                              **CIVIL ACTION NO. 5:06cv98DCB-MTP**

**OFFICER WELLS, LEON PERRY,
T. LINDSEY, SHIRLEY MCDONALD AND
INVESTIGATOR JONES**                                                                                     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(ii). Therefore, this dismissal will count as a "strike" under § 1915(g).

SO ORDERED AND ADJUDGED, this the 16th day of January, 2007.

                                             S/DAVID BRAMLETTE
                                             UNITED STATES DISTRICT JUDGE